**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>              **Plaintiff,**<br><br>      vs.<br><br>**TEAM RESOURCES, INC.,<br>FOSSIL ENERGY CORPORATION,<br>KEVIN A. BOYLES,<br>PHILIP A. DRESSNER,<br>MICHAEL EPPY,<br>ANDREW STITT, AND<br>JOHN OLIVIA,**<br><br>              **Defendants.** | **CIVIL ACTION NO.:<br>3:15-CV-1045-N** |

**MOTION TO ENTER JUDGMENTS AGAINST TEAM RESOURCES, INC., FOSSIL
ENERGY CORPORATION, KEVIN A. BOYLES AND JOHN OLIVIA**

Plaintiff Securities and Exchange Commission ("Commission") files this Motion to Enter Judgments Against Team Resources, Inc., Fossil Energy Corporation, Kevin A. Boyles and John Olivia, and would respectfully show the Court as follows:

1.      On April 6, 2015, the Commission filed its Complaint alleging Defendants engaged in various violations of the federal securities laws.

2.      Simultaneously with the filing of the Complaint, the Commission filed the Consents of Defendants Team Resources, Inc., Fossil Energy Corporation, Kevin A. Boyles and John Olivia.

3.      The Commission has reached a settlement with these Defendants regarding the Commission's claims. Each of these Defendants has agreed to consent to a permanent injunction, without admitting or denying the allegations in the Commission's Complaint.

Defendants agree that they will pay disgorgement, with prejudgment interest, and civil penalty, which shall be determined by the Court upon motion by the Commission.

4.  These Defendants have each executed a Consent and agree to the attached Judgments.  A copy of each Consent is attached hereto as Exhibit A and a copy of each Judgment is attached hereto as Exhibit B.  Each Consent bearing the signature of Defendants, is also being filed with the Clerk simultaneously with the filing of this motion.

5.  The Commission respectfully requests that the Court enter the Final Judgment.

Dated: April 6, 2015    Respectfully Submitted,

/s/ *Chris Davis*
Chris Davis
Texas Bar No. 24050483
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102
(817) 900-2638
(817) 978-4927 (fax)
davisca@sec.gov

**CERTIFICATE AS TO CONFERENCE**

Plaintiff previously conferred with Defendants' counsel.  In their Consents, dated April 1, 2015, Defendants and Defendants' counsel consented that the Commission may present the Final Judgment to the Court without further notice.

s/ *Chris Davis*
Chris Davis

## **CERTIFICATE OF SERVICE**

I certify that on April 6, 2015, I electronically filed the foregoing ***Motion to Enter Judgments*** with the Clerk of the Court for the Northern District of Texas, Dallas Division, using the CM/ECF system. The electronic case filing system will send a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept service of this document by electronic means.

I further certify that on this April 6, 2015, I served a true and correct copy of the foregoing ***Motion to Enter Judgments*** and the notice of electronic filing by electronic mail and/or depositing a copy thereof in an authorized United Parcel Service depository at Fort Worth, Texas, with overnight express charges prepaid and addressed to the following parties and persons entitled to notice that are non-CM/ECF participants:

| | |
|---|---|
| Jacob Frenkel, Esq. | Jeffery Ansley, Esq. |
| Shulman, Rogers, Gandal, Pordy & Ecker, P.A. | Bell Nunnally & Martin, L.L.P. |
| 12505 Park Potomac Ave., 6th Floor | 3232 McKinney Avenue, Suite 1400 |
| Potomac, MC 20854 | Dallas, Texas 75204 |
| JFrenkel@shulmanrogers.com | JeffA@bellnunnally.com |
| Attorney for Defendants Team Resources, Corp., Fossil Energy Corp. and Kevin Albert Boyles | Attorney for Defendant Olivia |

       /s/ *Chris Davis*
       Chris Davis