**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br><br>       vs.<br><br>**TEAM RESOURCES, INC.,**<br>**FOSSIL ENERGY CORPORATION,**<br>**KEVIN A. BOYLES,**<br>**PHILIP A. DRESSNER,**<br>**MICHAEL EPPY,**<br>**ANDREW STITT,  AND**<br>**JOHN OLIVIA,**<br><br>                              **Defendants.** | **CIVIL ACTION NO.:**<br>**3:15-CV-1045-N** |

**APPLICATION FOR CLERK'S ENTRY OF DEFAULT AS TO
<u>DEFENDANT ANDREW STITT</u>**

Plaintiff Securities and Exchange Commission ("SEC"), acting under Federal Rule of Civil Procedure 55(b)(1), requests that the Clerk of this Court enter the default of Defendant Andrew Stitt ("Stitt" or "Defendant") for his failure to appear or otherwise defend in this case.  In support, the SEC states:

1.       The SEC filed its Complaint on April 6, 2015.  The Complaint and Summons were properly served under the Federal Rules of Civil Procedure and by serving Defendant in compliance with this Court's Order Granting Motion to Authorize Alternative Service of Process [Dkt. 27] with publications in *The Gleaner*, the *Jamaican Observer*, and *the International New York Times* running for four (4) consecutive weeks with the last date of publication occurring on February 18, 2016.

2.       Plaintiff previously filed with the Clerk a copy of each affidavit for the publications reflecting service on Defendant.  [Dkt. 28]

3.     Defendant has failed to answer, appear or otherwise defend in this case.

Therefore, the SEC requests that the Clerk of this Court enter the default of Defendant Stitt.

| | |
|---|---|
| Dated:  May 24, 2016 | Respectfully Submitted,<br><br>/s/ *Chris Davis*<br>Chris Davis<br>Texas Bar No. 24050483<br>Burnett Plaza, Suite 1900<br>801 Cherry Street, Unit 18<br>Fort Worth, Texas 76102<br>(817) 900-2638<br>(817) 978-4927 (fax)<br>davisca@sec.gov |

**CERTIFICATE OF SERVICE**

I certify that on May 24, 2016, I electronically filed the foregoing Application for Clerk's Entry of Default with the Clerk of the Court for the Northern District of Texas, Dallas Division, using the CM/ECF system.  The electronic case filing system will send a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept service of this document by electronic means.

 /s/ *Chris Davis*
 Chris Davis