IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Plaintiff, | § § |
| v. | §  Civil Action No. 3:15-CV-01045-N |
| | § |
| TEAM RESOURCES, INC., *et al.*, | § § |
| Defendants. | § § |

# FINAL JUDGMENT

By separate Order of this same date, the Court grants in part and denies in part Plaintiff the Securities and Exchange Commission's (the "SEC") amended motion for remedies against Defendants Team Resources, Inc. ("Team Resources"), Fossil Energy Corporation ("Fossil"), Kevin A. Boyles, John Olivia, and Michael Eppy.

It is therefore ORDERED that Team Resources, Fossil, and Boyles are jointly and severally liable for disgorgement of $15,508,280.13, representing proceeds gained as a result of the conduct alleged in the SEC's complaint (the "Complaint"), together with prejudgment interest thereon in the amount of $2,998,870.71, for a total of $18,507,150.84.

It is further ORDERED that Boyles is individually liable for a civil penalty in the amount of $15,508,280.13 pursuant to section 20(d) of the Securities Act and section 21(d)(3) of the Exchange Act.

It is further ORDERED that Olivia is individually liable for disgorgement of $750,098.69, representing proceeds gained as a result of the conduct alleged in the

Complaint, together with prejudgment interest thereon in the amount of $149,518.58, for a total of $899,617.27.

It is further ORDERED that Olivia is individually liable for a civil penalty in the amount of $750,098.69 pursuant to section 20(d) of the Securities Act and section 21(d)(3) of the Exchange Act.

It is further ORDERED that Eppy is individually liable for disgorgement of $671,826.23, representing proceeds gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $129,912.52, for a total of $801,738.75.

All relief not expressly granted herein is denied.  This is a Final Judgment.

Signed June 4, 2018.

_____
David C. Godbey
United States District Judge